| Prob22<br>(Rev 3/98)<br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court)<br>2:01CR20156-002 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/<br>SUPERVISED RELEASEE<br><br>Jesus Manuel Chanez<br>Aliase: Jesus Manuel Chanez-Guerrero | DISTRICT<br>WESTERN DISTRICT OF TENNESSEE | DIVISION<br>Western |
| | NAME OF SENTENCING JUDGE<br>Honorable Julia Smith Gibbons | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>10/04/2002 | TO<br>10/03/2005 |

| OFFENSE |
|---|
| Conspiracy To Possess Cocaine With Intent to Distribute     21 USC §846 |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Western District of Tennessee (Memphis)

IT IS HEREBY ORDERED that pursuant to 18 USC§ 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court of the United States District Court for the <u>District Court of Arizona (Tucson)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Probation or Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 19, 2005
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF District Court of Arizona (Tucson)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/10/05
_____
Date

_____
United States District Judge

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 5-26-05


257

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 257 in case 2:01-CR-20156 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT